COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS



| | | |
|---|---|---|
| CITY OF EL PASO, TEXAS/CLEAR CHANNEL OUTDOOR, INC. | § | No. 08-11-00284-CV |
| Appellants, | § | Appeal from the |
| v. | § | 120th Judicial District Court |
| CLEAR CHANNEL OUTDOOR, INC./CITY OF EL PASO, TEXAS, | § | of El Paso County, Texas |
| | § | (TC# 2009-3939) |
| Appellees. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Joint Stipulation for Dismissal with Prejudice, and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal with prejudice. Costs of this appeal are assessed against the party incurring the same. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2013.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.